UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DHAVAL VAISHNAV,

    Plaintiff,

v.

HOME DEPOT USA, INC., et al.,

    Defendants.

_____/

Case No. 23-cv-10532
Hon. Matthew F. Leitman

## STIPULATED ALLOWING PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT

This matter having come before the Court on the stipulation of Plaintiff Dhaval Vaishnav and Defendants Home Depot USA, Inc., The Home Depot, Inc., correctly named "Home Depot USA, Inc." ("Home Depot"), and Citibank, N.A. ("Citibank"), improperly sued as "Citigroup, Inc.," through their respective counsel, and the Court being otherwise fully advised in the premises:

**WHEREAS**, Plaintiff Dhaval Vaishnav filed a Complaint against Home Depot and Citibank on January 25, 2023 (ECF No. 1-1).

**WHEREAS**, Plaintiff Dhaval Vaishnav wishes to file a First Amended Complaint against Home Depot and Citibank to assert a claim pursuant to the Federal Credit Reporting Act ("FCRA") and withdraw Mr. Vaishnav's common-

law tort claims (Counts I-V). Defendant Citibank is amenable to permitting amendment but does not waive any of its rights or defenses to that amendment.

**IT IS HEREBY ORDERED** that within 14-days of entry of this order, Plaintiff Dhaval Vaishnav will file a first amended complaint including a claim against Home Depot and Citibank pursuant to the FCRA and withdrawing the common-law tort claims (Counts I-V). Defendant Citibank shall have 21-days after receipt of an amended complaint to file a responsive pleading.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  April 25, 2023

Approved as to form:

| | |
|---|---|
| /s/ Shawn L. Desai (w/consent) | /s/ Jared A. Christensen |
| Shawn L. Desai (P81845) | Amy Sabbota Gottlieb (P67020) |
| Desai Legal Services LLC | Jared A. Christensen (P83052) |
| 6450 Farmington Road | Dickinson Wright PLLC |
| West Bloomfield, MI 48322 | 2600 W. Big Beaver Rd. Suite 300 |
| (810) 355-6134 | Troy, MI 48084 |
| shawn@desailegalservices.com | (248) 433-7286 |
| *Attorneys for Plaintiff* | agottlieb@dickinsonwright.com |
| | jchristensen@dickinsonwright.com |
| | *Attorneys for Defendants Home Depot USA, Inc. and Citibank, N.A.* |

Dated:  April 24, 2023