UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DHAVAL VAISHNAV,

      Plaintiff,

v.

HOME DEPOT USA, INC., *et al.*,

      Defendants.
_____/

Case No. 23-cv-10532
Hon. Matthew F. Leitman

### ORDER GRANTING PLAINTIFF'S MOTION TO FILE A SECOND AMENDED COMPLAINT (ECF No. 14)

Now before the Court is Plaintiff Dhaval Vaishnav's motion to file a Second Amended Complaint. (*See* Mot., ECF No. 14.) On February 22, 2024, the Court held an on-the-record status conference with counsel for all parties to discuss the motion. For the reasons explained during the status conference, the motion is **GRANTED**.

Vaishnav shall file his Second Amended Complaint by no later than **February 29, 2024**. Defendants shall answer or otherwise respond to the Second Amended Complaint by no later than **March 21, 2024**.

Finally, until further order of the Court, all discovery directed to Defendants Home Depot USA, Inc. and The Home Depot, Inc. is **STAYED**.

The parties shall diligently continue discovery in all other respects.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: February 23, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on February 23, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126