UNITED STATES DISTRICT CO4URT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DHAVAL VAISHNAV,

    Plaintiff,                               Case No. 23-cv-10532
                                            Hon. Matthew F. Leitman

v.

HOME DEPOT USA, INC.*, et al.*,

    Defendants.

_____/

## ORDER DENYING DEFENDANTS' MOTION TO STAY DISCOVERY (ECF No. 27)

On June 12, 2024, the Court held an on-the-record status conference in this action.   For the reasons stated on the record during the status conference, Defendants' motion for a stay of discovery (ECF No. 27) is **DENIED**.

**IT IS SO ORDERED.**

                                s/Matthew F. Leitman
                                MATTHEW F. LEITMAN
                                UNITED STATES DISTRICT JUDGE

Dated:  June 12, 2024

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on June 12, 2024, by electronic means and/or ordinary mail.

                                s/Holly A. Ryan
                                Case Manager
                                (313) 234-5126