UNITED STATES DISTRICT CO4URT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DHAVAL VAISHNAV,

     Plaintiff,                              Case No. 23-cv-10532
                                            Hon. Matthew F. Leitman

v.

HOME DEPOT USA, INC.*, et al.*,

     Defendants.

_____/

## ORDER GRANTING IN PART AND DENYING IN PART DEFENDANT HOME DEPOT USA, INC.'S MOTION TO DISMISS SECOND AMENDED COMPLAINT (ECF No. 24)

On October 7, 2024, the Court held a hearing on Defendant Home Depot USA, Inc.'s Motion to Dismiss Second Amended Complaint (ECF No. 24.)  For the reasons stated on the record, Defendant's motion is **GRANTED** in part and **DENIED** in part as follows:

- The motion is **GRANTED** to the extent it seeks dismissal of Plaintiff's tortious interference, fraudulent misrepresentation, and negligent misrepresentation claims against Home Depot USA, Inc. in Counts III, IV, and V of the Second Amended Complaint (ECF No. 22.)

- The motion is **DENIED** to the extent it seeks dismissal of Plaintiff's defamation claim against Home Depot USA, Inc. in Count II of the Second Amended Complaint (ECF No. 22.)

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  October 7, 2024


I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on October 7, 2024, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126