# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DHAVAL VAISHNAV,

    Plaintiff,

vs.

HOME DEPOT USA, INC., et al.,

    Defendants.

Case No. 23-cv-10532
Hon. Matthew F. Leitman

---

| | |
|---|---|
| DESAI LEGAL SERVICES PLLC<br>Shawn L. Desai (P81845)<br>6450 Farmington Road<br>West Bloomfield, MI 48322<br>(810) 355-6134<br>shawn@desailegalservices.com<br>*Attorneys for Plaintiff* | DICKINSON WRIGHT PLLC<br>Jared A. Christensen (P83052)<br>2600 West Big Beaver Road, Suite 300<br>Troy, MI 48084<br>(248) 433-7200<br>jchristensen@dickinsonwright.com<br>*Attorneys for Defendants Home Depot USA, Inc., The Home Depot, Inc., and Citibank, N.A.* |

---

## **STIPULATED ORDER OF DISMISSAL WITH PREJUDICE**

It is hereby stipulated pursuant to Fed. R. Civ. P. 41(a), by and between counsel for Plaintiff Dhaval Vaishnav and Defendants Home Depot USA, Inc., The Home Depot, Inc., and Citibank, N.A., to dismiss this action with prejudice and that such dismissal will include all of the claims asserted, or which could have been asserted, by Plaintiff and against Defendants in the above-captioned action with prejudice and without interest, costs, or attorneys' fees to any party.

**IT IS HEREBY ORDERED** that Plaintiff's asserted claims, as well as any claims that Plaintiff could have asserted, against Defendants in the above-captioned action are hereby dismissed with prejudice and without interest, costs, or attorneys' fees to any party.

**IT IS SO ORDERED.**

s/Matthew F. Leitman<br>
MATTHEW F. LEITMAN<br>
UNITED STATES DISTRICT JUDGE

Dated: January 30, 2025

Stipulated to by:

| | |
|---|---|
| /s/ *Shawn L. Desai* (w/ consent) | /s/ *Jared A. Christensen* |
| Shawn L. Desai (P81845) | Jared A. Christensen (P83052) |
| Desai Legal Services LLC | Dickinson Wright PLLC |
| 6450 Farmington Road | 2600 W. Big Beaver Rd. Suite 300 |
| West Bloomfield, MI 48322 | Troy, MI 48084 |
| (810) 355-6134 | (248) 433-7200 |
| shawn@desailegalservices.com | jchristensen@dickinsonwright.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants Home Depot USA, Inc., The Home Depot, Inc., and Citibank, N.A.* |